IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Denton, Lashun D | Case Number: 07 B 19063 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/1/08 | Filed: 10/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 14, 2008
Confirmed: December 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Burns & Wincek, Ltd. | Administrative | 3,300.00 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 28,280.67 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 299.91 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 325.66 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 327.42 | 0.00 |
| 7. | Cavalry Portfolio/Collection | Unsecured | 668.04 | 0.00 |
| 8. | B-Real LLC | Unsecured | 264.00 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 4,495.44 | 0.00 |
| 10. | B-Real LLC | Unsecured | 28.00 | 0.00 |
| 11. | B-Real LLC | Unsecured | 22.00 | 0.00 |
| 12. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 13. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 14. | Cbe Group | Unsecured | | No Claim Filed |
| 15. | CBCS | Unsecured | | No Claim Filed |
| 16. | IC Collections | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 38,011.14 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Denton, Lashun D | Case Number: 07 B 19063 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/1/08 | Filed: 10/16/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

